Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appelle.

Mark Willimann, Tucson, AZ, for Defendant–Appellant.

Before: SCHROEDER, GRABER, and PAEZ, Circuit Judges.

MEMORANDUM **

Jaime Beltran–Jimenez appeals from the district court's judgment and challenges his bench-trial conviction and 35–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Beltran–Jimenez contends that the district court erred by denying his motion to dismiss the indictment. We review de novo the denial of a motion to dismiss a section 1326 indictment. *See United*

States v. Muro–Inclan, 249 F.3d 1180, 1182 (9th Cir.2001).

Beltran–Jimenez argues that his state court conviction cannot support the deportation order underlying his current conviction because his counsel provided ineffective assistance in the state proceeding. Because Beltran–Jimenez had counsel in the state proceeding, he may not now collaterally attack his state court conviction. *See United States v. Gutierrez–Cervantez,* 132 F.3d 460, 462 (9th Cir.1997). Moreover, *Padilla v. Kentucky,* 559 U.S. 356, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010), is not retroactive. *See Chaidez v. United States,* —— U.S. ——, 133 S.Ct. 1103, 1113, 185 L.Ed.2d 149 (2013). Accordingly, the district court properly denied the motion to dismiss.

**AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Edna AROCHI, Defendant–Appellant.**

No. 12–10296.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 14, 2013.*

Filed Aug. 19, 2013.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Brick P. Storts, III, Esquire, Barton & Storts, Tucson, AZ, Edna Arochi, Seattle, WA, pro se.

Before: SCHROEDER, GRABER, and PAEZ, Circuit Judges.

#### MEMORANDUM **

Edna Arochi appeals from the district court's judgment and challenges her guilty-plea conviction and 30–month sentence for attempted exportation of firearms and ammunition, in violation of 18 U.S.C. § 554. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Arochi's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Arochi the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**